IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MCCLAIN,  )
                                    )  2:12-cv-00765-GEB-GGH
      Plaintiff,  )
                                    )
  v.  )  <u>ORDER CONTINUING HEARING ON</u>
                                    )  <u>PENDING SUMMARY JUDGMENT</u>
CENVEO CORPORATION,  )  <u>MOTION AND AMENDING THE</u>
                                    )  <u>STATUS (PRETRIAL SCHEDULING)</u>
     Defendant.  )  <u>ORDER</u>
_____  )

        On February 7, 2013, the parties in this action filed a stipulation to continue the hearing on Defendant's pending summary judgment motion and the expert witness designation deadline. However, the parties' requested relief also bears on the last motion hearing date and the final pretrial conference, which are not addressed in the stipulation.

        Therefore, the June 19, 2012 Status Order is modified as follows:

        Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before August 1, 2013, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before August 15, 2013; expert discovery shall be completed by October 21, 2013; the last hearing date for motions shall be December 16, 2013, commencing at 9:00 a.m.; the final pretrial conference is set for February 10, 2014, at 11:00 a.m. in courtroom 10.

1  Further, the parties' request to continue the hearing on the
2  pending summary judgment motion (ECF No. 15) is granted. The hearing is
3  rescheduled to commence at 9:00 a.m. on March 11, 2013.

Dated: February 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge