UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCLAIN, | No. 2:12-cv-00765-GEB-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| CENVEO CORPORATION, | |
| Defendant. | |

On September 27, 2013, the parties filed a stipulation, which includes the statement: "In light of the impending expert discovery cut-off date of December 21, 2013, . . . a settlement conference [should be scheduled in this case before a magistrate judge] on an expedited basis, in order to avoid incurring potentially unnecessary time and expense associated with expert depositions and related expert discovery." (Joint Stipulation to Set Settlement Conference ¶ 5, ECF No. 39.)

The referenced statement indicates that granting the parties' request could have a bearing on whether discovery is timely completed as prescribed in the July 22, 2013 Minute Order (ECF No. 37). Further, in light of the congested caseloads in this district, a magistrate judge may have difficulty

1

accommodating such a directive.  Therefore, the parties' request is denied.

Dated: October 2, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge