UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCCLAIN,<br><br>            Plaintiff,<br><br>     v.<br><br>CENVEO CORPORATION,<br><br>            Defendant. | No. 2:12-cv-00765-GEB-KJN<br><br><br><br>**ORDER** |

Pursuant to the parties' joint request that this matter be scheduled for a settlement conference before a magistrate judge other than the current and former magistrate judges assigned to this case, (ECF No. 41), the parties are hereby authorized to contact the courtroom deputy assigned to a magistrate judge for the purpose of attempting to schedule a settlement conference at a mutually convenient date and time.

Dated:  October 31, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1